**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

DEMITRIUS M. MALTOS,                )
                                    )
    Plaintiff,                      )
                                    )   No.  CV-08-3023-JPH
    vs.                             )
                                    )   **JUDGMENT IN A CIVIL CASE**
MICHAEL J. ASTRUE,                  )
Commissioner of Social Security,    )
                                    )
    Defendant.                      )
                                    )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 21st day of November, 2008.

                                JAMES R. LARSEN
                                District Court Executive/Clerk


                                by: __s/Karen White_____
                                       Deputy Clerk

cc: all counsel